# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC CRUZ,<br><br>        *Petitioner,*<br><br>  v.<br><br>MARK CAPOZZA, et al.,<br><br>        *Respondents.* | CIVIL ACTION<br><br>NO. 19-1419 |

## ORDER

**AND NOW**, this 3rd day of April, 2023, upon consideration of Cruz's Petition for a Writ of *Habeas Corpus* (ECF 1), Respondents' Response in Opposition (ECF 8), the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (ECF 19) and Cruz's Objections (ECF 25), it is hereby **ORDERED** that:

1. Cruz's objections are **OVERRULED** and Magistrate Judge Lloret's Report and Recommendation (ECF 19) is **APPROVED** and **ADOPTED**;

2. Cruz's Petition for a Writ of *Habeas Corpus* (ECF 1) is **DENIED** and **DISMISSED**;

3. No certificate of appealability shall issue;

4. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.